Complaint

**FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT**
**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

**COMPLAINT**

Desmond Alex Albright
_____
(Enter above the full name of the plaintiff in this action)

v.

LensCrafter
_____

_____

_____
(Enter the full name of the defendant of defendants in this action)

Civil Action No. _____
                 (To be supplied by the Clerk of the Court)

**RECEIVED**

JAN 06 2025

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

**INSTRUCTIONS READ CAREFULLY**

1.    This complaint must be legibly handwritten or typewritten, signed by the plaintiff and subscribed to under penalty of perjury as being true and correct. All questions must be answered concisely in the proper space on the form. Where more space is needed to answer any question, attach a separate sheet.

2.    In accordance with Rule 8 of the Federal Rules of Civil Procedure, the complaint should contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short plain statement of the claim showing that you are entitled to relief, and (3) a demand for judgment for the relief which you seek.

3.    You must provide the full name of each defendant or defendants and where they can be found.

4.    You must send the original and one copy of the complaint to the Clerk of the District Court. You must also send one additional copy of the complaint for each defendant to the Clerk. Do not send the complaint directly to the defendants.

5.    Upon receipt of a fee of $405.00 (a filing fee of $350.00, and an administrative fee of $55.00), your complaint will be filed. You will be responsible for service of a separate summons and copy of the complaint on each defendant. See Rule 4, Federal Rule of Civil Procedure.

6.    If you cannot prepay the $405.00 fee, you may request permission to proceed in forma pauperis in accordance with the procedures set forth in the application to proceed in forma pauperis. See 28 U.S.C. §1915. (If there is more than one plaintiff, each plaintiff must separately request permission to proceed in forma pauperis.)

7.      If you are given permission to proceed in forma pauperis, the $55.00 Administrative Fee will not be assessed. The Clerk will prepare and issue a copy of the summons for each defendant. The copies of summonses and the copies of the complaint which you have submitted will be forwarded by the Clerk to the United States Marshal, who is responsible for service. The Marshal has USM-285 forms you must complete so that the Marshal can locate and serve each defendant. If the forms are sent to you, you must complete them in full and return the forms to the Marshal.

### QUESTIONS TO BE ANSWERED

1a.     Jurisdiction is asserted pursuant to (CHECK ONE)

___      42 U.S.C. §1983 (applies to state prisoners)

___      Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

_____

1b.     Indicate whether you are a prisoner or other confined person as follows:

✓ Pretrial detainee

___ Civilly committed detainee

___ Immigration detainee

___ Convicted and sentenced state prisoner

___ Convicted and sentenced federal prisoner.

___ Other: (please explain) _____

2.     Previously Dismissed Federal Civil Actions or Appeals

If you are proceeding in forma pauperis, list each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility, that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted. Please note that a prisoner who has on three or more prior occasions, while detained in any facility, brought an action or appeal in a federal court that was dismissed as frivolous or malicious, or for failure to state a claim upon which relief may be granted,

will be denied in forma pauperis status unless that prisoner is under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

a.  Parties to previous lawsuit:

Plaintiff(s):_____

_____

Defendant(s): _____

_____

b.  Court and docket number: _____

c.  Grounds for dismissal:    ___ frivolous  ___ malicious

___ failure to state a claim upon which relief may be granted

d.  Approximate date of filing lawsuit:_____

e.  Approximate date of disposition:_____

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on separate sheets.

3.  Place of Present Confinement? Hudson County Correctional Faolity

4.  Parties:

(In item (a) below, place your name in the first blank and place your    present address in the second blank. Do the same for additional Plaintiffs, if any.)

a.  Name of plaintiff: Desmond Albright

Address: 250 georgia king Village Apt SG Nenark, NJ 07105

Inmate#: 376 543

b.  First defendant:

Name: LensCrafters

Official position Eye glasses frane Manufactwer

Place of employment: _____

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?

the defordat has breach the lanham Act, amongst other violutions to ysure proteted property, patent infringement, and misuse of pretected property,

c.    Second defendant:

Name:_____

Official position:_____

Place of employment:_____

How is this person involved in the case?

(i.e., what are you alleging that this person did or did not do that violated your constitutional rights?)

_____

_____

_____

d.    If there are more than two defendants, attach a separate sheet. For each defendant specify: (1) name, (2) official position, (3) place of employment, and (4) involvement of the defendant.

5.    I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in the Statement of Claims on page 6.

✓ Yes        ___ No

If your answer is "Yes," briefly describe the steps taken, including how relief was sought, from whom you sought relief, and the results.

A cease and desist order/reprimad Dum was sent, along with request for meet, mediation, coference for payment of fee useage of protected works, along with agreement. whether verbal or contractual

If your answer is "No," briefly explain why administrative remedies were not exhausted.

_____

_____

_____

6. Statement of Claims

(State here as briefly as possible the facts of your case. Describe how each defendant violated your rights, giving dates and places. If you do not specify how each defendant violated your rights and the date(s) and place of the violations, your complaint may be dismissed. Also include the names of other persons who are involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach a separate sheet if necessary.)

MisUse of protected information; for starters. On a day in question defendants used, and are currently in use of a patented idea, creation, to copy, duplicate, or make replicas of a product known and described as Prescription Water Goggles. Specifically by inserting a visual corrective lens into the frame, eyepiece, spectacles, structure, cadre, shell, fashion, specifically used for, and with the purpose of Aquatic activities. defined as, known as, described as, AND patented by plaintiff as Prescription water goggle(s).

7. Relief

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

Would as the magistrate and court to grant monetary relief of the unpaid adhere fee of use of patented process of 'prescription water goggles to the sum of 9 million dollars, (u.s. 0) as well as grant grant damages in the form of deadlines compensatory, actual, punitive or statutory in monetary form to the sum of the amount of money accumulated selling the product created, produced, and manufactored use the unauthorized replica patent. product specifically being corrective new with means for aquatic use.

Claims Continued.

- Violation of the Decletory Judgment Act
- Breach of patent laws
- Misuse of protected information
- Illigitimate use of a patented work / and single patent
- Deceitful inactment of patented processin specifics
- Breach of the Lanham Act.
- Material Breach
- Unregistered patent rights violation
- Misuse of an unregistered patent.

All defendants, and parties involved, committed to, and took part in the act, and illicit act of misusing, and unAuthorized use of protected information. The defendants had an array, of multiple options of not only obtaining the information that would have resolved the illicit, illegitimate use of the subjected matter, but all multiple ways to rightfully use such. The matter and material specifically, is the patent protect works of and the specifics of the product of "Prescription Water goggles. To copy a protected specific to make, and sell an item product. At the sale of the product, product being "Prescription Water Goggles", At the initial sale; at that point exactly The defendants wholly and individually uncauthoritively, illegitimately, and illicitly used the "protected by law" product, item, creating, and idea of and known as "Prescription Water goggles".

Goggles specifically with prescribed visual corrective lenses, or prescribed therapeutic lenses, as it's' function. The specifics are spectacles in frames or forms for the purpose of use for aquatic activities or activities that simulate the number of conditions as such, and the spectacle lenses in the frame are for the purpose of therapeutic, and or corrective, and or protective cadences. The act, idea, product, item all together; the putting of a specified type of lens, in the frame form of use for aquatic activities and such are called, and defined as "Prescription Water Goggles". The plaintiff Mr. Desmond Albright does not own just the lenses, nor does he own just the frame, But Mr. Albright does rightfully own the ingredient collective product of "Prescription Water Goggles"; where the corrective or therapeutic lens is placed inside said purposed frame, used by defendants. Now whether it was the designing, constructing, or selling the item; the product, and idea is a protected collective. The actions committed by the defendant(s), committed the named 8 violations by; Breaching patent laws, and misusing protected information and its specifics.. now for starters unfiled patents as notarized documents, and notarized documents stating purpose of document are called and defined as "Unregistered Patents". As per 15 U.S.C § 1114(1) section (43)(A), which states and extends protection to unregistered works. The scope of an unregistered work consist of a notarized document stating

purpose of the document, (such as the same document belonging to Mr. Albright entered into Discovery Evidence). Being that the idea, design, item, and product, as well as unregistered patent, on a state official patent form is notorized it meets the qualifications of a unregistered patent, and as that it is specifically protected by all state and federal patent laws, as well as the laws for "unregistered patents" as well. As per code: The use, copy, contratment, utilization, etc committed by Defendants ~~~~ has resulted in and are specifically defined as. 1) Unregistered patent laws violation, ~~ due to the unauthorized, non-agreed on use of the works, 2) Breach of patent laws. by violating codes of conduct, specifics, and rules of engagement, statutory with authorized use of said patent and its specifics., also 3) Violation of the delectory Judgement Act. Because if at any point, defendants put the unregistered patent to create, embody, or used as purpose of material produce; Due to patent laws, regulations, sub-text, Once notory stamp marks the official invention date. It is subjected to "Priority Patent laws". For this reason the plaintiff is requesting not all of the monetary gain made from selling the product in its entirety, being defendants used fiscal means to create the product, before actually violating patent laws and selling the illegitimate item, But the plaintiff is request a fee for the adhere use of the protected works, and patent as well as 50 percent of

the fiscal amount made from selling the item/product in its entirety. The amount request is a reasonable amount considered. The amount request for the use of the protected item, product, idea, design, and specifics is to the amount of 9 million dollars, based upon the amount of fiscal gain obtained by defendents due to the illicit, illegitimate use of the unregisted by still protected by law "~~created~~" material. The request for fee of above use, and damages are requested, the amount of fiscal gain by defendants in entirety made from selling the illicit item is            . due to ownership, conveyances, equitable assignment opportunity, Licenese conveyance, royaltres, under federal law "quoted" whether prior patent registery or unregisted. The Decletory Judgement Act does not require a registration soley to stop royaltres, adhere payment of use, or amounts owed. .. Meaning as well, At the instance of the returizing of the document or finding out the works unregistery, or having obtained the proteted werks date of officity, the defendants should have taken action to rectify substantially the officity of said works, especially once receiving the cease and desit memorendum, At the instance of using the works specific, and unregistered patent, as well as once being asked for fee of usage and not abieling, puts each and every defendant is violation of the decletory Judgement Act. Patent laws states as per lasham Act; Patent laws state the adherence of fees and request no matter whether the patent be

registered or not, there fore even before being notified, unauthorized use of the patent, or ownership of the unregistered patent, simple use of the patent and its specifics automatically put them in a place where they have to pay the adhered fee of useage. The next violation committed is "Breach of Lanham Act". See "Waymark Corp vs. Portu sys Corp 334 F3D 1354 for futher knowledge of perdicament. As per Section 43(A) (15 u.s.c. § 1125 (A) 1) of the lanham Act, As per The federal Unfair competition Law as well; Use of a unregistered mark, process, image, etc. is sufficient for a breach of lanham Act suit when there is evidence showing use in a way sufficeintly public to identify goods in a appropriate segment of the public mind as those of the subjected mark. < please check discovery evidence for plaintiff has inserted just this ~~here~~. Futher more, due to the legitamacy of the self-referential patent, unregistered patent, and specifics protected by law; — Use of the subjected patent, Sale of the item, amongst other actions. Such as the promotion of the sale of said product, after being sent cease and desist reprimandiums, or the non-reply to request for meet and mediation to discuss payment and ~~xxxxxxxxx~~ time length agreement is specifically defined as ,and directly resulted in Deceitful Inactment of a patented work. At the first use of the patented work, known as ~~xxxx~~ prescription water goggles, was not the

violation, But At the first sale of swd item/product is defined as and resulted in "Material Breach, and Illegitimate use of a patent. {whether registered, pending/ or unregistered patent . <also pending patents, and unregistered one, whether state or federal are also protected by laws known as "unregistered patent laws". " see trove brands LLC vs. Jia wei lifestyle inc. 2025. U.S. Dist., as well as 35 uscs §33, as well as even see " DSMR LLC v. Goldberg 2004 u.s. distissu and nov 29 ) Intent to use application alone, without commercial use of the mark gave applicaNt superior rights to the trademark over all future users . As well as § 3.16 Assignability of trademark prior to filing of an allegation of use. Before an allegation of use either 15 u.s.c. 1051(c) or 1051(a) is filed, an applicant may only ~~are~~ assign application to register a mark to a successor to the applicants priority proprietorship. to which the mark contains, if that business is ongoing or exsiting... <due to the cease and desist package reprimandum sent to defendants, all requirements have been met to not only file, but be grant the fee of useage and damages stemming for defendants action • As for the "misuse of an unregistered patent claim, each defendant is guilty of this in many ways; such as, but not limited to : Not abiding by cease and desist reprimandum, not replying or acknowledging request for meet, mediation, agreement, and payment for adhere use of plantiffs works and item . Defendants continued to violate rules, regulations, laws, and regulations.

Breach of The Cartwright Act
° Patent Infringement of unregistered Mark.
° Unregistered Patent Infringement
Material Infringement
Infringement
Protected Information Infringement
Unregistered Mark Infringement.
° Violation of U.S.C § 1125(A)

On the day of _____ , 2025, upon use of plaintiff Desmond Albrights' intellectual property and works. The use of the act, process, protected information, or works (unregistered patent) is the result of and defined as "unregistered patent" infringement. now see 'LuciBag LLC vs Younique "2018 D.C. whs 3056 , 15 U.S.C § 1125 (A) and even 'Dwyer vs Instruments Inc vs. Sensocar Inc 873 F.supp 2d 1015,1027 cve id 2012, as well Two pesos vs. Taco cabana 505 us 763,765,1125,2283 states verbatim "A violation under 1125(A) entitles a plaintiff to recovery the defendant profits, and damages sustained by the plaintiff, and cost of action subject to previsions) of §1111, 1114. Also as a result the §1111 is not a ~~contingent~~ limitation on recovery of damages without notice,, neither here or there mr Albright the plaintiff even sent a notice of the infringement of the protected unregistered patent. At the instance of the use of said protected works, on the day in question results in the defendants committing each claim stated, and after

receiving notification of wrong doing, adhere fee of useage, cease and desist memorandum, as well as the neglect to fix the violation by agreed meet for mediation is defined as direct violation(s) of Patent Infringement, Material Infringement, Infringement of protected unregistered works, Infringement, misuse of protected information, amongst other things. The plaintiff Mr. Albright did not request all the monetary amount gained from useage, only the fee of the adhere use required, which he still has not received.

Claims continued?

- Economic Duress
- Emotional Duress
- Disgorgement of profits
- Loss of wages
- Negligent infliction of Emotional Distress
- Emotional Distress
- Loss of profits
- Breach of the "The Uniform Commercial Code
- Misuse of The "Uniform Commerical Code"

— Upon the illegitimate use of intellectual property, known as the invention, idea, creation, item, product called and known as "Prescription water goggles" owned by plaintiff Mr. Desmond Albright. To neglect all errors of dealings, such as; but not limited to; the non-compliance of the cease and desist reprimandum, or the payment of the adhere fee of useage of idea, product, or creation, or even the neglect request for mediation to obtain agreement. Opus notice of all acts and wrong doings, each act stated is a violation of the "Uniform Commercial Code. The general of the U.C.C states, ~~contra~~ and see; "Compact hardware group Inc vs Trive Rolled Maulding Corp 2005 US. dist. LE^{w2}" As per the Uniform Commercial Code: A general obligation of good faith in its performance, enforcement, and the observance of reasonable

commercial standards of fair dealings. Once notified of all wrong doings and request for meet after the illicit use and sale of the idea, creation, item, and product. Mr. Albright, the plantiff, gave an acceptable amount of time to receive response, especailly being it would take atleast 7 days to receive the correspondence through from the location it was sent. while waiting for all the plantiff's anxiety became an issue, and the serverity became an approach issue. Whether due to the wait for response, the loss of wage resulted from the wrong-doings, the responsibity of fiscal income as an indivisual, the act of having the "work" illegitimately, and illegally utilized, amongst other actions caused Mr. Albright's mental health and well being to be affected and effected. (please view Mr. Albrights officiated personal mental health report inserted into discovery evidence). Further more being the plantiff Mr. Albright is a self-sufficient, self-relient, independant, inventor, idealist, creator, and all around person. Each defendants lack of legitimate use of the suggested protested content, as well as lack of acknowlegdement taken to the failure to pay the fee of useage, as well as the failure to abide by the cease and desist reprimandum, and request for mediation, and agreement directly resulted in, and incoherently expose plantiff mr. Albright to Mental Duress, loss of wages, loss of profits, failed revenue obtainment opportunity,

Emotional and mental duress. Mr. Albright relies in/and still relies on the sale of works, and or the sale of the use of works as his means and source of income. even this suit filing is due to grant of "pauper forma" due to the lack of income.

Furthermore, The subjected material, works, item, product, is intellectually owned by Mr. Albright, and protected by many laws, including especially patent laws, as well as a separate group of laws and codes of conduct specifically "unregistered patents". If the registery even become a main source of cause for wrongdoing, and justification to continue.

The subject invention, idea, product, creation, item, and works is of great use to each defendant, so much so, they are in continuence of using the works, even after cease and desist reprimandums were viewed and received, and even now currently, Indivisually and wholly. That being said, the requested fee of useage of patent, idea, product, item, etc has been made aware, is, and always will be 9 million dollars. U.S.D.

see:/and Wholly in "N.C.G.S § 97-29" states: The total loss of wage to earning capacity, means the total loss of even the personal capacity to earn wages in any type" was sustained by plantiff Desmond Albright

simpley at the actions of /or lack there of ; of each defendant involved. This is also (As per and see.) "Bailey vs. St Louis 288 s.o 3d 1417 [14]n 2. - This is also defined as [24]"Economic Duress, and disgorgement of profits. o Economic Duress cites [A)] One sided involuntary accepted the terms of another, (this being the forcefull "its Free" antics and actions of defendants) B)Circumstances permitted no other option, and [C)] Circumstances were a result of coercive acts of the opposed party. - These are all acts of, and indirect as well as direct actions of defendants, which means that defendants: initial use, using illicitly the protected property, and after being notified of wrong doing and fee of useage and neglect to acknowledgde, pay or abide by fair business practices, are all vidations of claims stated and named starting with emotinal duress, loss of profits, economic duress, loss of wages, and the entirety.

All credible reasons for relief requested.

**Legal Malpractice:**

To stake the claim of [20] Legal Malpractice, a person must show facts the plaintiff suffered injury in form of actual damages, or damages resulted as a proximate cause of breach. There for due to defendants act of; misuse of protected information, Breach of unregistered patent laws, Breach of the Lanham Act, Bane Act, Sherman Act, Material Breach, amongst other violations, as well as the negligent actions following caused, initiated, and afflicted emotional, mental distress and duress.

There fore the complication of events; of ignoring the cease and desist reprimandums, request for meet, mediation, adhere fee payment, use of the "works" itself, amongst a laundry list of the other actions stated, due to the affect, and effect it caused it is the result of, and defined as Legal Malpractice.

• Breach of "The Bare Act"

The Bare Act - civily protects individuals from conduct aimed at interfering with rights that are secured by state, and, or federal law. Such as but not limited to: intellectual property protection, The privacy Act, Due process whether procedural, administrative, civil, etc,. To the situation at hand, at the cause of multiple defendants, the Bare Act is to prevent where interference is carried out by coercion. (see. Reese. v. City of Sacramento 888 F.3d 1030 ⁹ᴺᵀ cal. code,; civil code §52, • Provides cause of action for violations of a plaintiffs state or federal civil rights, committed, • Claims under §52.1 maybe brought against officials who are alleged interference with protected rights, in the case, such as; but not limited to due process, negligence, misuse of protected information, and affliction of emotional, mental duress, etc, also stating Qualified Immunity is not availible for this claim." therefore at the instance of at least 1 violation at the cause of their actions, results in and is defined as Breach of The Bare Act. In this case specifically starting with before the day in question, but most severely of March, 14, 2025, in the form of action by, misusing the subjected patented works, to negligent affliction of distress, the neglect to abide by cease and desist reprimand um, or pay the adhere fee of useage, each and every act, action committed by defendants is defined as and resulted in Breach of the Bare Act.

Ø

Breach of "Uniform Trade Secret Act.
Misappropriation of Trade Secret(s)
Breach of the Sherman Act
Breach of The Clayton Act
·Monopolization; Attempts and mergos.
theft of service

On          ,     , 2025, after publicly using and
misusing the protected works, after not paying the adhere.
fee of useage which would have come with agreement and
hazardous specifics to be aware of, futher more upon
receiving request for meet, payment, conference, as well as
process in illesitimate act of using, and process proprietor. as well
as stating specifiss from   act, procedural steps, etc to
continued use is a civil and criminal charge of "theft of
service, now to be notified in whole, then to endure the
obtainment of information, and still illegitimately continue use of
said "patented process, act, or unregistered merk is a direct
Breach of the Uniform Trade Secrets Act, being The
Uniform trade secret act states verbatim, Trade secrets
act defines "trade secret" as information, including
a formula, pattern, compliation, program, device, method,
technique, or process that both : A) derives independent
economic value, actual or potential, from not being generally
known to, and not being readily ascertainable by proper
means, and (B) Is the subject of efforts that are

Trade
secret
cont.

reasonable under the circumstances to maintain private or secret. - Now being the subjected works, patent, item, creation, and product meet such qualifications.. Due to the actions of defendants, the defendants are in direct violation of the conduct of The Uniform Trade Secrets Act. On the day of initial sale, all violations occurred. Defendants then construed to add to the list of violations committed, after being made aware of the illegitimacy of product, actions, production, and selling and committed another violation of [21] Misuse of protected information. The use, and continual use of product, creation, invention, patent idea, and works, protected information, and intellectual property is a direct violation of, and known as, as well as defined as [22] Misappropriation of trade secrets. As for the blatant, televised, internet posted, and publicly accessed of sale of product by combined entities of glass maker, plastic companies, and design coppertives administratives, enthusiasts, and conglomerates merger, it is the definition of, as well as resulted in [22] Monopolistic Act, actual monopolization, and monopoly power enhancement. Futher more, Due to the qualifications met, as well as the monopoly aspect of entities inconjunctive mergers of purpose to create, promote, and sell said item or product, case law recognizes the actions, whether intentional, or non intentional, the actions are recognized as an open [23] breach of the Sherman Act. The sherman act states any contract, combination in form of trust or conspriacy in restraint of TRADE, OR commerce among entites, and states,

or within foreign nations is hereby declared illegal. Every person who shall engage in any combination of or to conspire is here by declared illegal, and shall be deemed guilty of a felony or conviction there of and � shall be punished by fine not exceeding 100,000,000. If a corporation, or if its a single person 1,000,000 or by imprisonment not exceeding 10 years, both said punishment in the discretion of this court. meaning. A monopolistic action to exclude competitors, or in this case proprietors there for defendants maintain there monopoly power, this violates 15 u.s.c s 2, and the conduct violates the unfair competition law as well as Breaches the copyright Act, and is a direct specific in the defendants actions where were result from the Illegitimate use of said patent or works, ignoring cease and desist notifications, request for payment neglect, and non-reply to mediation attempts which is defined and resulted in "the direct violation of the Sherman Act. And lastly due to the fact that the merger has not yet ceased, the � commencement of selling the � product of the works, have not yet ceased means due to the use of the protected works, defendants individually, and wholly, as well as all parties involved included is the burden of proof of Violation / breach of The clayton Act as well as an extended example of monopoly attempts.

Continued Claims.

- Breach of The Lanham Act
- Violation of procedural Due Process
- Due process Neglect
- Illegitimate Administration of procession
- Fraudulent Process Authentication
- Administrative Authoritive Malfeasence
- Malfeasence.
-
-

Failure to pay the adhere fee of useage, or abide by the cease and desist reprimandum resulted in the stated violation claims. "Breach of the Lanham Act." The Act is the core federal trademark statue. Defines a trademark or patent; as a name, word, symbol, device, process or combination thereof that a person uses to distinguish goods from those of others and to indicate ownership and source of goods. An unregistered work or mark is protected under the Lanham Act. (also see Gray v. Williamsberg Hotel (# 96) 689 thru. An unregistered patent is protected under the lanham act if it would qualility for registration. To qualify for registration the unregistered patent or mark would have had to first be claimed first in commerce, not adopted, and in this case criteria has been met, As per self-referential patent created by way of state registery form inserted into plaintiff discovery evidence. To use the subjected processien, and unregistered work

by any means is a Violation and breach of the Lanham Act. The violation of Procedural Due process was also committed, once receiving a cease and desist dictation, and request for adhere fee, to not cease action or abide rules of reprimandum is one example of Defendants act of the violation of procedural due process. Procedural Due process simply imposes constraints on governmental, and other legal, and civil decisions which deprive idivisuals of liberty, property, or interest, within the meaning of the Due process clause of the United States Constitution amendments 1, 5, and 13, so the act of fraudulent process authentication, and even Illegitimate administration of processions, are yet more examples of procedural due process violations. To neglect and ignore a legally binding dictation, is yet another example of procedural due process violation. Now as for the violation of Due process. The Crevernment is not compelled to be engaged in view points expressed by citizens, nor do members of the government abide to being politely forced to listen the view points as well, BUT upon receiving information pertaining to legality, or a simple legal aspect, a notice of awareness is granted, expected, and must be abided by. Defendants failing to even acknowledge the request for assembly mediation, adhere fee, AND cease and desist reprimandums, results in, resulted in, and is defined as. Violation of Due process. Futher more as of the ignored and non- adhere, or abided cease and desist reprimandum, and the

continued use of the protected action, process, and unregistered works. The illicit, and continued still till this day use is; has led to, results in, and is defined as [1] Illegitimate administration of process, and its specifics. Also as for an interlocutory review of the violation. (see Vape cert group vs. U.S. FDB 2025) the violation was not a life or death meaning action, but one of frivolous action, and constitually illegitimate act caused legal injury defining the acts stated an defined act of illegitimate administration of procession, especially because of, and due to plantiff Mr. Albright owning the subjected act, process, and patent before and after notifying defendents of the illegitimate use and request cease and adhere fee of use. Futher more The lack of inquiry in to the "pending" patent data base to inquire on the legality of the commitment of the defendants actions then to fail to reply to request to mediation, and as well as fail to pay the adhere fee of useage, after being aware. It came combined with a term of agreement for rightfull use, these are just the first of the actions that resulted in the direct violation of [2] Fraudulet process authentication. For each deferdant, defendants administrative authoritive, defendants occupatory duties, and general mandcatory informatonal obtainment; to neglect, ignore, ar to overlook, ownership, hazards, past and present proprietors, pending proprietors, is another example of the act of fraudulent process authentication. See (Jenkins v commonwealth 2014 va Lexis) Authentication is merely the process of showing that something is genuine. This can be

dure and accomplished by a variety of means. The amount to establish authenticity will vary. In this case replied in correspondence to acknowledgement and agreement. Directly to Mr. Albright, the plaintiff, would have been suffice. Due to the neglect, ignorance, overlooking of notification, and acknowledged proposal is defined as yet another violation of fraudulent authentication of procession. These actions stated, due to the occupational, administrative and all around authoritive standings and positions held. On the day of _____ , _____ , failure to, whether wholly, or in part based on the legally binding stand point, and not a "free speech" view of mindful situation; failure to notify parties involved, concerned, whether supervisors, superiors, owner, and other administrative and procedural authorities, as well as other malingered fiduciary duties., such as the obscundering of occupational responsibilities and specifics; such as the recognizing the legality of the cease and desist, and request for mediation, is defined as [3] Malfeasence. Specifically [4] Administrative Authoritive Malfeasence., the malfeasence and wrong doing then led to loss of wages. being Mr. Albright's income comes from selling his works, it also leed to damages, mental distress, duress, as reported by an mental health officiate. which report has been entered into discovery evidence. All of this sustained by Mr. Desmond Albright the plaintiff. Now see (Interstate motor freight vs. Hochraus & 42 nys 20 479) "Liabilities willful, negligent, or malicious, that causes injury

to the person or property of another, which were created by fraud, embezzlement, misappropriation or defalaction while acting in any fiduciary capacity" is not only the case here, but it is defined specifically as Malfeasence. And Malfeasence being dictionary defined as wrong doing by an official. Now after the date of illicit useage of the legally protected process, after being notified of the wrong doing and still the wart for correct course of action by defendants has resulted in plaintiff Mr. Albright suffering from mounds of: occupational, administrative, conglomerate, authoritive, subjective, and negligent as well as official duty Melfeasence.

Patent Dilution
Breach of The Federal Trademark Dilution Act.
Breach of The Bane Act.

On the day in question of the illegitimate use of the protected process and act., as well as past notification and meeting request sent, the neglect, overlook, by passing such are specific acts, that are violations direct of the Dilution Act. now see (Luv-in-Care vs. Regent baby prods corp 841 F.supp 2d 753) — as well as under Section § 360-1, its 'Preempted by federal patent law which extends protection to unregistered works'. to the extent that invokes the statue to enjoin the use of, and sale of products.' There for the actions in all pretaining to the process, use of it, and obscundered payment of use by the defendants is defined as Dilution. The federal Dilution Act, The Federal Trademark Dilution Act, entitles owner of a mark to injunctive relief where 'another persons or entity s' commercial use of a mark cause dilution of the qualities of the mark. In this case, qualities being. originality, non-hazardous, expensive, as well as others. futher more as per Act. "Whether value, ownership views, or delusions of natual occurance, the use of the work whether registed or unregistered; the use of the works' without agreement is a direct violation of patent dilution. All acts that have been committed starting before the intial correspondence

beth state and federal .. entirely. Breach of the Trademark dilution Act-

- Breach of "The Privacy Act"
- Administrative Negligence

Now the privacy act communicates and embodies fair information practices, and principals in a statutory framework. Governing the means by which the government and the public collects, maintains, uses, and dissemenates information that is rendered personal, and intellectual. In this case the subject is intellectual property of plaintiff Desmond Albright. A legally protected, idea, product, item, work, creation, and procession known as "Prescription Water Goggles". Defendants in whole and individually are in violation of the privacy act specifically by using information owned by Mr. Albright, And using the information in unfair practices; such as, but not limited to use, using, copying, replicating, manipulating, fraudulently possesing, selling illegitimately, and gaining fiscal revenue by all and any means. The breach of privacy act, occurred before notifications of unauthorized acts, and brief notifications of wrong doing were sent. During the "just received notification" time period, after parties were notified of wrongdoing the continued use is defined as "Administrative negligence, especially because all notifications were sent and received at a corporate level. It was used of amenities, and entities to render mass production and use.

8.    Do you request a jury or non-jury trial? (Check only one)

___ Jury Trial __✓__ Non-Jury Trial

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, 20__ __

Signature of plaintiff*

(*EACH PLAINTIFF NAMED IN THE COMPLAINT MUST SIGN THE COMPLAINT HERE. ADD ADDITIONAL LINES IF THERE IS MORE THAN ONE PLAINTIFF. REMEMBER, EACH PLAINTIFF MUST SIGN THE COMPLAINT).